# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:11-cr-240-01 |
| v. | : | |
| OCTAVIO BAEZ | : | |

## ORDER

AND NOW, this 23rd day of April, 2024, upon consideration of Defendant Octavio Baez's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (ECF No. 110) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that the Government's Unopposed Motion For Continuance (ECF No. 112) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge